

**DAI & ASSOCIATES, P.C.**

戴 上 律 师 事 务 所

**ATTORNEYS AT LAW**

Queens Crossing Business Center
136-20 38th Avenue, Suite 9F
Flushing, New York 11354
Telephone: (718) 888-8880
Facsimile: (718) 888-9270

SHANG DAI
JOHN J. O'CONNELL
GEORGE W. CLARKE
DAWEI GONGSUN
GARY L. DONOYAN
SHERMAN SHENGMING SHI§
JOY XIAOLE ZHANG‡
HANNAH HUAYING PIAO

OF COUNSELS
ALLAN BERLOWITZ
CHARLES H RUBENSTEIN
RICHARD A. ROTH
PAUL H. SCHIETROMA
JOHN R. PARKER
JD KIM

‡ALSO ADMITTED IN NJ
§ALSO ADMITTED IN P.R.CHINA

September 12, 2011

BY ECF
Hon. Cheryl L. Pollak
United States Magistrate Judge, Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

RE: Credico, et al. v. New York State Board of Elections, et al.
Docket No. 10-Civ. 4555 (RJD) (CLP)
United States District Court, E.D.N.Y.

Your Honor:

Plaintiffs hereby withdraw their pending motion for summary judgment, filed on August 19, 2011. Defendants' counsel has advised us they have no objection to our withdrawal of the motion.

The parties are cooperating in arranging to complete all depositions previously noticed, promptly. Once all discovery is complete, plaintiffs currently expect to make a new motion for summary judgment, which will address any evidentiary issues that may have arisen, if necessary.

Respectfully,

GARY L. DONOYAN (GD-7542)

cc: Joel Graber, Esq., by ECF only