UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
RANDY CREDICO, et al.,

                        Plaintiffs,

               - against -

NEW YORK STATE BOARD OF
ELECTIONS, et al.,

                        Defendants.
----------------------------------------------------------- x

**MEMORANDUM & ORDER**

10 CV 4555 (RJD) (CLP)

DEARIE, District Judge

       The Report and Recommendation of Magistrate Judge Pollak, dated June 19, 2013, is adopted without qualification. The Clerk will enter judgment accordingly.

SO ORDERED.

Dated: Brooklyn, New York
           August 2, 2013

                                                 /s/ Judge Raymond J. Dearie

                                                 RAYMOND J. DEARIE
                                                 United States District Judge