UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
RANDY CREDICO, et al.,

                         Plaintiffs,

               - against -

NEW YORK STATE BOARD OF
ELECTIONS, et al.,

                         Defendants.
-------------------------------------------------------- x

**MEMORANDUM & ORDER**

10 CV 4555 (RJD) (CLP)

DEARIE, District Judge

In accordance with the August 2, 2013 Order of this Court and the June 19, 2013 Report and Recommendation of Magistrate Judge Pollak, injunctive and declaratory relief is granted to plaintiff Libertarian Party of New York. Defendants are enjoined from implementing N.Y. Elec. L. § 7-104(4)(e) to the extent that it would prevent candidates who have been nominated only by more than one independent body from appearing on the ballot row or column of each such independent body, where (a) the independent body has been assigned a ballot row or column and (b) omitting the candidate from that ballot row or column would result in a blank space on the ballot.

SO ORDERED.

Dated: Brooklyn, New York
           August __, 2013

                                               /s/ Judge Raymond J. Dearie

                                               RAYMOND J. DEARIE
                                               United States District Judge